39 A.3d 990

COMMONWEALTH of Pennsylvania, Respondent

v.

Francis Patrick LAGENELLA, Jr., Petitioner.

Supreme Court of Pennsylvania.

Feb. 29, 2012.

## ORDER

PER CURIAM.

AND NOW, this 29th day of February, 2012, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is

Did the Superior Court err when it affirmed the trial court's denial of Petitioner's motion to suppress physical evidence obtained during an inventory search of the vehicle?